UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS VASQUEZ, II., <br><br> Petitioner, <br><br> v. <br><br> JIM ROBERTSON, Warden, <br><br> Respondent. | No. 2:21-cv-0726 DB P <br><br><br> ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a properly completed in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Specifically, petitioner failed to answer questions 3-7 on the application to proceed in forma pauperis. (ECF No. 7 at 2.)

Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a properly completed affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

1

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  June 10, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Civil_Rights/R/vasq0726.101a

2