1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NICOLAS VASQUEZ, II,                          No.  2:21-cv-00726 WBS DB P

12                    Petitioner,

13         v.                                       ORDER

14    JIM ROBERTSON,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 24, 2023, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within twenty days.  (ECF No. 22.)  Twenty

23    days have passed and neither party has filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the recommendation of dismissal to be supported

25    by the record for the reasons set forth in the defendant's motion.

26    ////

27    ////

28    ////

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

     1.  Defendant's motion to dismiss (ECF No. 19) is hereby granted;

     2.  This action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases;

     3.  The Clerk of the Court is directed to close this action; and

     4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  March 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/vasq0726.801.hc

2